UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYREE M. NEAL, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil No. 19-cv-1360-JPG <br><br> Criminal No 14-cr-40076-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Tyree M. Neal Jr.'s motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Tyree M. Neal Jr., and that this case is dismissed with prejudice.

**DATED: March 15, 2023**           MONICA A. STUMP, Clerk of Court

                                    **s/Tina Gray, Deputy Clerk**



**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**