UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYREE M. NEAL, JR., | |
| Petitioner, | |
| v. | Civil No. 19-cv-1360-JPG |
| UNITED STATES OF AMERICA, | Criminal No 14-cr-40076-JPG |
| Respondent. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Tyree M. Neal, Jr.'s second motion for leave to proceed on appeal *in forma pauperis* (Doc. 82). Neal's original *pro se* motion (Doc. 77) was not signed as required by Federal Rule of Civil Procedure 11(a), but his second motion cures this deficiency.

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

The Court is satisfied from Neal's affidavit that he is indigent. The Court further finds that the appeal is taken in good faith. Accordingly, the Court **GRANTS** the second motion for leave to proceed on appeal *in forma pauperis* (Doc. 82) and **DENIES as moot** the original motion (Doc. 77). The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for use in conjunction with Appeal No. 23-1722.

**IT IS SO ORDERED.**
**DATED: May 2, 2023**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**